PROB 12A
(7/93)

*MAR 27 2006*

*JOSEPH A. GREENAWAY, JR.*
*United States District Judge*

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: William Thomas                               Cr.: 02-00144-001

Name of Sentencing Judicial Officer: Honorable Joseph A. Greenaway

Date of Original Sentence: 06/05/03

Original Offense: Conspiracy to Defraud the United States

Original Sentence: Imprisonment time served, 3 year term of Supervised Release, Drug testing and treatment, alcohol testing and treatment, full financial disclosure, mental health treatment, and not to open any new lines of credit.

Type of Supervision: Supervised Release          Date Supervision Commenced: 07/30/03

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender failed to refrain from committing a new offense. On 3/15/06, the offender was arrested by the Woodbridge police department for a Theft charge. The offender was charged with taking $258.00 worth of store merchandise, specifically, CD's and DVD's from the Wal-Mart in Woodbridge, NJ |

U.S. Probation Officer Action:

We request no action be taken at this time. We will await a disposition from local Court. We will increase monitoring of the offender.

Respectfully submitted,

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 03/20/06

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

4-5-06
Date