PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing Is Attached)*

Name of Offender: William Thomas                                Cr.: 02-00144-001

Name of Sentencing Judicial Officer: Joseph A. Greenaway

Date of Original Sentence: 06/05/03

Original Offense: Conspiracy to Defraud the U.S.A.

Original Sentence: Imprisonment time served, three years Supervised Release. Drug testing and treatment, alcohol testing and treatment, full financial disclosure, mental health treatment, and no new lines of credit.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 07/30/03

## PETITIONING THE COURT

[ ]    To extend the term of supervision for          Years, for a total term of          Years.

[X]    To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to his residence for a period of 1 month commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.26 per day.

## CAUSE

The offender was arrested on March 15, 2006, for a charge of Theft. He was ordered to pay a fine and court costs totaling $458.00. At this time, we are requesting a one month period of home confinement to serve as a punitive sanction for the new conviction.

Respectfully submitted,

By: Kellyanne Kelly, Senior
U.S. Probation Officer
Date: 5/18/06

HE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

5-31-06
_____
Date